IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RENASANT BANK, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 19-733-CG-MU |
| ) | |
| **AVE, INC.,** et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that the Motion to Dismiss Purported First Amended Cross Claim for Lack of Personal Jurisdiction filed by Defendants John Asair Coil, John Kenneth Coil, and AVE, Inc. (Doc. 37) be **DENIED**.

**DONE** and **ORDERED** this the 9th day of December, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE