IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RENASANT BANK, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 19-0733-CG-MU |
| | ) |
| AVE, INC.; JOHN ALTAIRE COIL; JOHN ASAR COIL; and, JOHN KENNETH COIL, | ) |
| | ) |
| Defendants. | ) |

## DECLARATORY JUDGMENT

In accordance with the court's order entered this date, granting Cross-Claimants John Altaire Coil, AVE, Inc., and Bokonon, LLC's Motion for Summary Judgment as to Count I of their Second Amended Cross-Claim, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Cross-Claimants John Altaire Coil, AVE, Inc., and Bokonon, LLC, and against Cross-Claim Defendants John Kenneth Coil, John Asar Coil, and AVE, Inc.**,** and it is hereby **DECLARED** as follows:

> 1) That John Altaire Coil is the sole director of AVE, Inc., the President of AVE, Inc., the sole shareholder of AVE, Inc., and is the lawful owner of 1,000 shares of stock of AVE, Inc., being all of the issued and outstanding shares of AVE, Inc.
>
> 2) That John Altaire Coil, individually, is the sole shareholder, owner, and manager of Bokonon, LLC.
>
> 3) That Bokonon, LLC is the owner of the funds deposited with this Court.

The Clerk of Court shall disburse the remaining funds deposited into the court of $1,409,791.46 plus any accrued interest to Bokonon, LLC.   Prior to disbursement an IRS form W-9 must be submitted to the Court. The W-9 can be hand delivered to the Clerk's Office, mailed to the USDC Finance Department at 155 St. Joseph Street Mobile AL 36602, or emailed to asld_finance@alsd.uscourts.gov.

**DONE and ORDERED** this 15th day of September, 2021.

                                      /s/   Callie V. S. Granade/
                                    SENIOR UNITED STATES DISTRICT JUDGE