IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RENASANT BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 19-0733-CG-MU |
| ) | |
| AVE, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER SUPPLEMENTING REPORT AND RECOMMMENDATION

On October 5, 2021, this Court entered a Report and Recommendation in which it granted John Altaire Coil, Ave Inc., and Bokonon, LLC's ("the Altaire Parties") Second Motion for Sanctions and found John Kenneth Coil and John Asar Coil ("the Kenneth Parties") to be in contempt of court. (Doc. 236). As part of the sanctions, the Court found that the Altaire Parties are entitled to an award of attorneys' fees incurred by them in preparing and prosecuting the Second Motion for Sanctions to be paid by Defendants John Kenneth Coil and John Asar Coil. (*Id.* at p. 2). The Court ordered counsel for John Altaire Coil to file an affidavit setting forth a detailed accounting of the time spent and attorneys' fees incurred as a result of the necessity of filing the motion. (*Id.*). Counsel for John Altaire Coil filed the requested affidavit on October 18, 2021. (Doc. 243). The Kenneth Parties filed an objection to the claim for and the amount of fees, asserting, among other arguments, that the amount claimed, $17,899.50, is excessive and that the fees include time that is redundant or was otherwise unnecessary. (Doc. 246).

Having reviewed the affidavit, the brief in opposition thereto, and the relevant law, the Court agrees that the total amount claimed is excessive and finds that much of

the time credited to paralegal activities was redundant, unnecessary, and clerical in nature. Therefore, the Court has adjusted those hours and supplements the October 5, 2021 Report and Recommendation by **ORDERING** that the Altaire Parties be awarded a reasonable attorney's fee in the amount of $12,949.50 for legal services rendered by their attorney in prosecuting their second motion for sanctions to be paid by Defendants John Kenneth Coil and John Asar Coil. It is further **ORDERED** that the Kenneth Parties pay this amount to counsel for John Altaire Coil by a cashier's check drawn on the personal account of either John Kenneth Coil or John Asar Coil. The cashier's check must be delivered to **and received by** Evans Crowe, attorney of record for the Altaire parties, no later than fourteen (14) days after entry of the Order adopting the Report and Recommendation. Any variance from this method and timing of payment may result in further sanctions, including sanctions against counsel for the Kenneth Parties.

      **DONE** and **ORDERED** this the **15th** day of **November, 2021**.

                                       s/P. BRADLEY MURRAY
                                       **UNITED STATES MAGISTRATE JUDGE**