IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RENASANT BANK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 19-733-CG-MU |
| ) | |
| AVE, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 5, 2021 (Doc. 236) is **ADOPTED** as the opinion of this Court.

Accordingly, the Court finds as follows:

1) that the Kenneth parties are **ORDERED** to pay the amount of $4,147.50 to counsel for John Altaire Coil by a cashier's check drawn on funds from the personal account of either John Kenneth Coil or John Asar Coil.  The cashier's check must be delivered to and received by Evans Crowe, attorney of record for the Altaire parties, **on or before December 1, 2021** (to the extent that this amount has not been paid by November 1, 2021, as recommended).  Any variance from this method and timing of payment may result in further sanctions, including sanctions against counsel for the Kenneth parties;

2) that the Kenneth parties are **ORDERED** to pay the attorneys' fees and costs incurred by the Altaire parties in preparing and prosecuting the Second

Motion for Sanctions. The Magistrate Judge entered an Order (Doc. 253) supplementing his report and recommendation with a finding that the amount is $12,949.50, to be paid within 14 days of this Court adopting that finding. This Court will enter a further Order concerning these attorneys' fees once an objection has been filed or the time for objection has run with no objection having been filed;

3) that the following facts, which the Altaire parties assert could have been proven if the hard drives and computers had been produced at the time and in the manner the Court ordered, should be deemed admitted:

a) Since 2005, John Altaire Coil has owned 100% of the stock in AVE, Inc.

b) In 2011, Altaire formed Bokonon, LLC, and is the sole member and 100% owner.

c) Bokonon, LLC, entered into a contract to purchase the real property located at 631 Las Vegas Boulevard, Las Vegas, Nevada.

d) Bokonon, LLC paid the entire purchase price of the 631 Las Vegas Boulevard property.

e) Bokonon, LLC is the sole owner of the Renasant Bank funds interplead in this action; and

4) that the entry of default in favor of the Altaire parties on all crossclaims asserted against the Kenneth parties is AFFIRMED. Default judgment on those claims in favor of the Altaire parties and against the Kenneth parties will be entered separately.

**DONE** and **ORDERED** this the 16th day of November, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE