IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RENASANT BANK, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 19-733-CG-MU |
| ) | |
| **AVE, INC., et al.** ) | |
| ) | |
| Defendants. ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Order Supplementing Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 15, 2021 (Doc. 253) is **ADOPTED** as the opinion of this Court.

Accordingly, the Court finds that the Altaire Parties be awarded a reasonable attorney's fee in the amount of $12,949.50 for legal services rendered by their attorney in prosecuting their second motion for sanctions to be paid by Defendants John Kenneth Coil and John Asar Coil.  It is further **ORDERED** that the Kenneth Parties pay this amount to counsel for John Altaire Coil by a cashier's check drawn on the personal account of either John Kenneth Coil or John Asar Coil.  The cashier's check must be delivered to and received by Evans Crowe, attorney of record for the Altaire parties, no later than fourteen (14) days after entry of this Order adopting the Report and Recommendation.  Any variance from this method

and timing of payment may result in further sanctions, including sanctions against counsel for the Kenneth Parties.

**DONE** and **ORDERED** this the15th day of December, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE