**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RENASANT BANK, INC.,** )<br>)<br>**Plaintiff;** )<br>)<br>)<br>)<br>vs. )  **CIVIL ACTION NO. 19-0733-CG-MU**<br>)<br>**AVE, INC., JOHN ALTAIRE COIL, JOHN** )<br>**ASAR COIL and JOHN KENNETH COIL,** )<br>)<br>**Defendants.** | |

## DEFAULT JUDGMENT

This matter is before the Court on John Altaire Coil ("Altaire"), AVE, Inc. ("AVE") and Bokonon, LLC's ("Bokonon") (collectively "Altaire") request for damages after the Clerk's entry of default against John Kenneth Coil ("Kenneth"), John Asar Coil ("Asar"), and Ave, Inc." ("AVE") (collectively "Kenneth"). (Doc. 187). A hearing on damages was held on October 6, 2021. At the hearing, Altaire requested the undersigned award the following monetary and punitive damages:

A. All costs, including reasonable attorney's fees, incurred in pursuing this entire action;

B. Fees previously paid to Renasant in the amount of $45,706.10;

C. Prejudgment interest of 6% on the amount of the proceeds of $1,455,497.56 commencing on April 8, 2019, in the amount of $217,726.50; and

D. Punitive damages in an amount of $217,726.50.

(Doc. 184). Since the hearing, the undersigned has adopted the Report and Recommendation of Magistrate Judge Murray (Docs. 236 and 256) and has entered an Order denying Kenneth's motion to vacate the default judgment (Doc. 252). Kenneth has additionally filed a "Closing Argument of John K. Coil and John Asar Coil" (Doc. 247). After consideration of the relevant arguments and the evidence, Default Judgment is hereby entered in favor of the Altair parties, and damages are awarded to the Altaire parties as follows:

> A. All costs, including reasonable attorney's fees, incurred in pursuing this entire action. Counsel for Altaire is **ORDERED** to submit an accounting of fees to the Court by **no later than January 31, 2022**.
>
> B. Fees previously paid to Renasant in the amount of $45,706.10.
>
> C. Prejudgment interest of 6% on the amount of the proceeds of $1,455,497.56 commencing on April 8, 2019, in the amount of $217,726.50
>
> D. Punitive damages in the amount of $217,726.50.

**DONE** and **ORDERED** this 3rd day of January, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE